UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI FRANKLIN,

    Plaintiff,

v

NEW BERN TRANSPORT
CORPORATION, et al.,

    Defendants.

Case No. 18-cv-13968
Hon. Matthew F. Leitman

___

## STIPULATION FOR DISMISSAL OF DEFENDANT, EAN HOLDINGS, LLC

It is hereby stipulated by and between the parties hereto through their respective counsel that defendant, EAN HOLDINGS, LLC, be and hereby is dismissed without costs, interest or attorney fees to any party.

| | |
|---|---|
| PAUL G. VALENTINO, J.D., P.C. | KALLAS & HENK, P.C. |
| /s/Paul G. Valentino | /s/Courtney A. Jones |
| PAUL G. VALENTINO (P34239) | COURTNEY A. JONES (P69731) |
| Attorney for Plaintiff | Attorney for Defendants New Bern and Steffee |
| PAUL G. VALENTINO, J.D., P.C. | KALLAS & HENK, P.C. |
| 43494 Woodward Avenue | 43902 Woodward Avenue |
| Suite 203 | Suite 200 |
| Bloomfield Hills, Michigan 48302 | Bloomfield Hills, Michigan 48302 |
| (248) 334-7787 | (248) 335-5450 ex 214 |
| Fax: (248) 334-7202 | Fax: (248) 335-9889 |
| paul@valentinolawpc.com | cjones@kallashenk.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI FRANKLIN,

    Plaintiff,

v

NEW BERN TRANSPORT
CORPORATION, et al.,

    Defendants.

Case No. 18-cv-13968
Hon. Matthew F. Leitman

## **ORDER OF DISMISSAL OF DEFENDANT, EAN HOLDINGS, LLC**

This matter having come before the court upon the stipulation of the parties, and the court being otherwise further advised in the premises;

**IT IS HEREBY ORDERED** that defendant, EAN HOLDINGS, LLC, be and hereby is dismissed without costs, interest or attorney fees to any party.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2019