UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI FRANKLIN,

    Plaintiff,

-vs-

NEW BERN TRANSPORT
CORPORATION, et al.,

    Defendants.

Case No: 18-cv-13968
Hon: Matthew F. Leitman

## **STIPULATED ORDER OF DISMISSAL**

Based upon the agreement of counsel for the parties;

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, but without cost, interest and attorney fees.

**IT IS FURTHER ORDERED** that this order resolves all issues and closes this file.

**IT IS SO ORDERED.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: March 16, 2020

I Stipulate to the Entry of This Order:

/s/ Paul G. Valentino (w/consent 3/13/20)
PAUL G. VALENTINO (P34239)
Attorney for Plaintiff
Lehman & Valentino
43494 Woodward Avenue, Suite 203
Bloomfield Hills, MI 48302
(248) 334-7787
paul@valentinolawpc.com


/s/ Wendell N. Davis (w/consent 3/13/20)
WENDELL N. DAVIS (P27470)
Co-Counsel for Plaintiff

/s/ Courtney A. Jones
COURTNEY A. JONES (P69731)
Attorney for Defendants
Kallas & Henk, PC
43902 Woodward Ave., Suite 200
Bloomfield Hills, MI 48346
(248) 335-5450
cjones@kallashenk.com